IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>                Plaintiff,<br>v.<br>OLSTEN STAFFING SERVICES CORP.,<br>                Defendant. | Civil Action No. 04-574 (GMS)<br><br>[Adversary Case No. 02-03276 (PJW)] |

**NOTICE AND STIPULATION OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff InaCom Corp., *et al.*, on behalf of all affiliated debtors, and defendant Osten Staffing Services Corp. hereby stipulate to the voluntary dismissal with prejudice of the *Complaint for Avoidance and Recovery of Preferential Transfers* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 02-03276 (PJW)) (the "Complaint") in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, the parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: 9/15, 2006

| PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP | WESTON HURD LLP |
|---|---|
| /s/ Laura Davis Jones | /s/ Hernan N. Visani  9/14/06 |
| Laura Davis Jones (Bar No. 2436) | Hernan N. Visani (Bar #0036856 OH) |
| Sandra G. M. Selzer (Bar No. 4283) | The Tower at Erieview |
| 919 North Market Street, 17th Floor | 1301 East 9th Street |
| P.O. Box 8705 | Suite 1900 |
| Wilmington, DE 19899-8705 (Courier 19801) | Cleveland, OH 44114-1862 |
| Telephone: (302) 652-4100 | Telephone: (216) 241-6602 |
| Facsimile: (302) 652-4400 | Facsimile: (216) 621-8369 |
| | |
| Andrew W. Caine (Bar No. 110345) | |
| Jeffrey P. Nolan (Bar No. 158923) | |
| 10100 Santa Monica Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 277-6910 | |
| Facsimile: (310) 201-0760 | |
| | Counsel for Olsten Staffing Services Corp./Defendant |
| Counsel for Debtor/Plaintiff | |